

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2014

No. 04-14-00859-CR

Rafael **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0742
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the notice of appeal is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court